for the United States. *Mr. Phil D. Morelock* for respondent.

No. 194. MARYLAND CASUALTY CO. *v.* PACIFIC COAL & OIL CO. ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Messrs. Paca Oberlin* and *Parker Fulton* for petitioner.

No. 200. RECONSTRUCTION FINANCE CORPORATION *v.* J. G. MENIHAN CORPORATION ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. George H. Harris* for respondents.

No. 212. HURON HOLDING CORP. ET AL. *v.* LINCOLN MINE OPERATING Co. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Daniel Gordon Judge* for petitioners. *Messrs. D. Worth Clark* and *William H. Langroise* for respondent.

No. 237. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* LEGIERSE ET AL. October 14, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Biddle* for petitioner. *Mr. Frederick O. McKenzie* for respondents.

No. 251. MILLINERY CREATOR'S GUILD, INC., ET AL. *v.* FEDERAL TRADE COMMISSION. October 14, 1940. Peti-